WILLIAM T. POWELL ET AL. V. HORACE BINNEY.

FILED APRIL 21, 1898. No. 8010.

Contract to Sell Realty: MEMORANDUM OF AGENT: CONSTRUCTION: SPECIFIC PERFORMANCE.

ERROR from the district court of Wayne county. Tried below before ROBINSON, J. *Affirmed.*

*McNish & Oleson* and *A. A. Welch,* for plaintiffs in error.

*Frank M. Northrop* and *Northrop & Burdick, contra.*

RYAN, C.

There was a stipulation in this case that the same disposition should be made of this case as of No. 8011 (54 Neb. 690), and accordingly the judgment herein is

AFFIRMED.